**DIESCH FORREST APC**
ANGELA L. DIESCH / Bar No. 256253
STEPHEN E. PAFFRATH / Bar No. 195932
2207 Plaza Drive, Suite 300
Rocklin, California 95765
(916) 740-6470; FAX: (916)740-6460
angela@dieschforrestlawcom
stephen@dieschforrestlaw.com

Attorneys for Defendant
STEARN'S PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MEYERS, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br>    vs.<br><br>STEARN'S PRODUCTS, INC.<br><br>        Defendant. | Case No. 3:18-CV-00557 DMS-NLS<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT Plaintiff and Defendant have reached a settlement in the above-referenced case.  The parties will finalize the terms of the settlement within forty-five (45) days of the date of this notice.  The parties will file a Stipulation for Dismissal with prejudice of the entire action within forty-five (45) days of this notice.

Dated:  September 5, 2018           DIESCH FORREST, APC

                                    By: */s/ Stephen E. Paffrath*
                                    ANGELA L. DIESCH
                                    STEPHEN E. PAFFRATH
                                    *Attorneys for Defendant*
                                    STEARN'S PRODUCTS, INC.

Case No. 3:18-CV-00557-DMS-NLS
NOTICE OF SETTLEMENT