**DIESCH FORREST APC**
ANGELA L. DIESCH / Bar No. 256253
STEPHEN E. PAFFRATH / Bar No. 195932
2207 Plaza Drive, Suite 300
Rocklin, California 95765
(916) 740-6470; FAX: (916)740-6460
angela@dieschforrestlaw.com
stephen@dieschforrestlaw.com

Attorneys for Defendant
STEARN'S PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MEYERS, on behalf of herself and all others similarly situated,<br><br>       Plaintiffs,<br>   vs.<br>STEARN'S PRODUCTS, INC.<br>       Defendant. | Case No. 3:18-CV-00557 DMS-NLS<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)]** |

Case No. 3:18-CV-00557-DMS-NLS
STIPULATION OF DISMISSAL

The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and pursuant to the Settlement Agreement entered into by the parties to this action. This dismissal is on an individual basis only as no class has been certified. Each party shall bear its own fees and costs.

Dated: September 5, 2018    DIESCH FORREST, APC

By: */s/ Stephen E. Paffrath*
ANGELA L. DIESCH
STEPHEN E. PAFFRATH
*Attorneys for Defendant*
STEARN'S PRODUCTS, INC.

Dated: September 5, 2018    NATHAN & ASSOCIATES

By: */s/Reuben D. Nathan*
REUBEN D. NATHAN
*Attorneys for Plaintiff*
JENNIFER MEYERS